UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| HAMILTON COUNTY EMERGENCY COMMUNICATIONS DISTRICT, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 1:04-CV-7 |
| ORBACOM COMMUNICATIONS INTEGRATOR CORPORATION, ORBACOM SYSTEMS, INC., OCI LIQUIDATING LLC, IPC INFORMATION SYSTEMS HOLDING, INC., HERBERT COHEN, and RONALD NEWFIELD, | ) ) ) ) ) ) ) | Judge Curtis L. Collier |
| Defendants. | ) | |

**O R D E R**

For the reasons stated in the accompanying Memorandum, the Court hereby **DENIES** Plaintiff Hamilton County Emergency Communications District's motion to file a supplemental brief (Court File No. 97) and further **DENIES** Defendants Herbert Cohen and Ronald Newfield's motion to dismiss (Court File No. 80).

**SO ORDERED.**

**ENTER:**

　　　　　　　　　　　　　　　　　　　　　　　**/s/**
　　　　　　　　　　　　　　　　　　　　**CURTIS L. COLLIER**
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**