UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| HAMILTON COUNTY EMERGENCY COMMUNICATIONS DISTRICT, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 1:04-CV-7 |
| ORBACOM COMMUNICATIONS INTEGRATOR CORPORATION, ORBACOM SYSTEMS, INC., OCI LIQUIDATING LLC, IPC INFORMATION SYSTEMS HOLDING, INC., HERBERT COHEN, and RONALD NEWFIELD, | ) ) ) ) ) ) ) | Judge Curtis L. Collier |
| Defendants. | ) | |

## **O R D E R**

Plaintiff Hamilton County Emergency Communications District does not need to file its expert report by September 14, 2005. Should the Court later determine Defendants' expert testimony relevant, Plaintiff will be permitted to identify appropriate expert testimony and file an expert report within a reasonable time. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion for Clarification of Scheduling Order (Court File No. 144).

**SO ORDERED.**

**ENTER:**

                                                                **/s/**
                                          **CURTIS L. COLLIER**
                               **UNITED STATES DISTRICT JUDGE**