UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| HAMILTON COUNTY EMERGENCY COMMUNICATIONS DISTRICT, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) No. 1:04-CV-7 |
| ORBACOM COMMUNICATIONS INTEGRATOR CORPORATION, ORBACOM SYSTEMS, INC., OCI LIQUIDATING LLC, IPC INFORMATION SYSTEMS HOLDING, INC., HERBERT COHEN, and RONALD NEWFIELD, | ) ) Judge Curtis L. Collier ) ) ) ) ) |
| Defendants. | ) |

## ORDER

In accordance with the accompanying memorandum the Court **GRANTS IN PART** and **DENIES IN PART** Plaintiff Hamilton County Emergency Communications District's ("Plaintiff") Motion for Summary Judgment (Court File No. 40). The Court hereby **ORDERS** as follows:

(1) Plaintiff's motion for summary judgment regarding the audit clause is **GRANTED** and OCI is **ORDERED** to allow Plaintiff to audit Defendant Orbacom Communications Integrator Corp.'s books and records relating to the performance of the Contract;

(2) Plaintiff's motion for summary judgment on its reimbursement claim and breach of contract claim is **DENIED**;

(3) Plaintiff's motion for summary judgment on Defendant Orbacom Communications

Integrator Corp.'s Counter-Claim for breach of contract is **GRANTED IN PART** with respect to Plaintiff's breach in terminating the Contract; and

(4) Plaintiff's motion for summary judgment on Defendant Orbacom Communications Integrator Corp.'s Counter-Claim for breach of contract is **DENIED IN PART** with respect to Plaintiff's breach in not paying completed milestones.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**