UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| HAMILTON COUNTY EMERGENCY COMMUNICATIONS DISTRICT, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:04-CV-7 |
| ORBACOM COMMUNICATIONS INTEGRATOR CORPORATION, ORBACOM SYSTEMS, INC., OCI LIQUIDATING LLC, IPC INFORMATION SYSTEMS HOLDING, INC., HERBERT COHEN, and RONALD NEWFIELD, | ) ) ) ) ) ) ) ) | Chief Judge Curtis L. Collier |
| Defendants. | ) | |

## ORDER

In accordance with the accompanying memorandum the Court **GRANTS IN PART** and **DENIES IN PART** Plaintiff Hamilton County Emergency Communications District's ("Plaintiff") Motion for Summary Judgment (Court File No. 221). The Court hereby **ORDERS** as follows:

(1) Plaintiff's motion for summary judgment on its Tennessee Consumer Protection Act ("TCPA"), Tenn. Code Ann. § 47-8-101, *et seq.*, claims under § 47-18-104(b)(7) based on the invoicing of the staging, delivery, and installation of the workstations is **GRANTED**; and

(2) Plaintiff's motion for summary judgment on its TCPA claims under § 47-18-104(b)(7) based on OCI's contractual promise to provide Plaintiff with Xeon processors and the ordering, delivery, and installation of the workstations is

**DENIED**.

Further, the Court **GRANTS IN PART** and **DENIES IN PART** Defendants Orbacom Communications Integrator Corp.'s ("OCI") and OCI Liquidating LLC's ("OCIL") (collectively "OCI") motion for summary judgment (Court File No. 223). The Court hereby **ORDERS** as follows:

(1) OCI's motion for summary judgment on Plaintiff's TCPA claims under § 47-18-104(b)(5) and § 47-18-104(b)(27) is **GRANTED** and those claims are **DISMISSED**;

(2) OCI's motion for summary judgment on Plaintiff's TCPA claims under § 47-18-104(b)(7) based on OCI's contractual promise to provide Plaintiff with Xeon processors and the ordering, delivery, and installation of the workstation is **GRANTED** and those claims are **DISMISSED**;

(3) OCI's motion for summary judgment on Plaintiff's breach of contract claim is **DENIED**;

(4) OCI's motion for summary judgment on Plaintiff's TCPA claims based on the applicable of statute of limitations and remedy arguments is **DENIED**; and

(5) OCI's motion for summary judgment on Plaintiff's TCPA claims under § 47-18-104(b)(7) for the invoicing of the staging, delivery, and installation of the workstations is **DENIED**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**