UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| HAMILTON COUNTY EMERGENCY COMMUNICATIONS DISTRICT, <br><br> Plaintiff, <br><br> v. <br><br> ORBACOM COMMUNICATIONS INTEGRATOR CORPORATION, ORBACOM SYSTEMS, INC., OCI LIQUIDATING LLC, IPC INFORMATION SYSTEMS HOLDING, INC., HERBERT COHEN, and RONALD NEWFIELD, <br><br> Defendants. | No. 1:04-CV-7 <br><br> Judge Curtis L. Collier |

**ORDER**

In accordance with the accompanying memorandum the Court hereby:

(1) **GRANTS** Defendants Orbacom Systems, Inc. ("OSI") and IPC Information Systems Holdings, Inc.'s ("IPC") motion for summary judgment (Court File No. 238) and **DISMISSES** all claims made against OSI in Counts VI and VII of the Fourth Amended Complaint;

(2) **GRANTS IN PART** Defendants Orbacom Communications Integrator Corp. ("OCI"), OCI Liquidating LLC ("OCIL"), Herbert Cohen ("Cohen"), and Ronald Newfield's ("Newfield") (collectively "Cohen Defendants") motion for summary judgment (Court File No. 240) and **DISMISSES** all conspiracy claims made against Cohen in Counts VI and VII of the Fourth Amended Complaint; and

(3) **DENIES IN PART** the Cohen Defendants' motion for summary judgment (Court

File No. 240) on all other claims made against OCI and Cohen in Counts VI and VII of the Fourth Amended Complaint.

Plaintiff's remaining claims against OCI and Cohen in Counts VI and VII of the Fourth Amended Complaint **SHALL PROCEED** to trial.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**