UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| HAMILTON COUNTY EMERGENCY COMMUNICATIONS DISTRICT, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| | ) No. 1:04-CV-7 |
| ORBACOM COMMUNICATIONS INTEGRATOR CORPORATION, ORBACOM SYSTEMS, INC., OCI LIQUIDATING LLC, IPC INFORMATION SYSTEMS HOLDING, INC., HERBERT COHEN, and RONALD NEWFIELD, | ) ) Judge Curtis L. Collier ) ) ) ) ) |
| Defendants. | ) |

**O R D E R**

On February 2, 2006 counsel for the above captioned parties represented to the Court this case had been settled and need not proceed to trial. The Court asked the parties' attorneys to file a notice of dismissal or a proposed agreed order of dismissal on or before February 28, 2006. On February 24, 2006 the Court sent an e-mail to the parties' attorneys reminding them of the deadline. To date, the parties have not filed a notice of dismissal or a proposed agreed order of dismissal. The Court assumes notwithstanding absence of a notice of dismissal or a proposed agreed order of dismissal, the parties have in fact settled this case. Accordingly, the Court considers this case settled and **DIRECTS** the Clerk of Court to **CLOSE** this case on Wednesday, March 29, 2006, unless the Court orders otherwise.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**